**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 99-6002

───────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

          versus

LARRY CHIN, a/k/a Dallas,

                              Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CR-94-361-A, CA-98-1442-AM)

───────────────

Submitted:  March 11, 1999          Decided:  March 18, 1999

───────────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Marvin David Miller, Alexandria, Virginia, for Appellant.  Rebeca
Hidalgo Bellows, Assistant United States Attorney, Alexandria, Vir-
ginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Chin seeks to appeal the district court's order denying his petition filed under 28 U.S.C. § 2241 (1994) and motion filed 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Chin, Nos. CR-94-361-A; CA-98-1442-AM (E.D. Va. Dec. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED